IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KRISTI GOLDSTEIN-TAVERNO,     :
    :
Plaintiff,     :
    :    Case No. 2:18-cv-02454
v.     :
    :
ST. JOSEPH'S UNIVERSITY,     :
    :    Hon. Michael M. Baylson
Defendants.     :

FILED
FEB 04 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## STIPULATION OF SETTLEMENT AND ORDER OF APPROVAL

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Kristi Goldstein-Taverno ("Goldstein-Taverno") and Defendant Saint Joseph's University (the "University"), pursuant to Fed. Rule Civ. P. 41 and through their undersigned counsel, that the Complaint, including but not limited to all claims brought pursuant to the Fair Labor Standards Act, 42 U.S.C. § 201 *et seq.*, has been settled pursuant to the Settlement Agreement & General Release signed by Goldstein-Taverno and the University. This Agreement has been reviewed *in camera* and approved by the Court. It is further stipulated that Goldstein-Taverno has been paid all monies and compensation due to her for time worked and work performed for the University.

Case 2:18-cv-02454-MMB  Document 11  Filed 02/04/19  Page 2 of 2

Accordingly, the parties seek an entry of an Order by this Court approving the Settlement

Agreement & General Release signed by Goldstein-Taverno and the University.

---

/s/ Sarah Bryan Fask
Sarah Bryan Fask, Esq.
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102-1321
267-402-3070 (telephone)
267-402-3131 (facsimile)
sfask@littler.com

Counsel for Defendant

/s/ Benjamin Speciale
Benjamin Speciale, Esq.
SPECIALE LLC
1650 Market Street, 36th Floor
Philadelphia, PA 19103
ben@speciale-law.com

Robert C. Drake, Esq.
Jacobs Kivitz & Drake LLC
1525 Locust Street, 12th Floor
Philadelphia, PA 19102
rdrake@jacobs-kivits-drake.com

Counsel for Plaintiff

SO ORDERED:

Honorable Michael M. Baylson
United States District Judge

Dated: 2|4|19